# United States Court of Appeals
## For the First Circuit

Nos. 14-2318

LIZBETH PATRICIA VELERIO-RAMIREZ,

Petitioner,

v.

LORETTA E. LYNCH,[*]
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on December 11, 2015, is amended as follows:

On page 7, note 5, "CAT" is replaced with ""CAT"".

On page 10, line 15, "8 U.S.C. 1253(h)(2)" is replaced with "8 U.S.C. § 1253(h)(2)".

---

[*] Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Loretta E. Lynch has been substituted for former Attorney General Eric H. Holder, Jr., as the respondent.